<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-7066**

―――――――――

TESSA R. R. G. C. CHILDRESS, a/k/a Tessa Rani Raybourne Childress,

                Plaintiff – Appellant,

        v.

CHARLESTON COUNTY SHERIFF'S OFFICE; DANA E HERRON, Inspector; INTERNAL AFFAIRS OFFICE OF THE PROFESSIONAL STANDARDS, The Charleston County Sheriff's Office,

                Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Charleston.   Solomon Blatt, Jr., Senior District Judge.   (2:13-cv-01008-SB)

―――――――――

Submitted:  September 24, 2013       Decided:  September 27, 2013

―――――――――

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Tessa R R G C Childress, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tessa R.R.G.C. Childress appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Childress v. Charleston Cnty. Sheriff's Office</u>, No. 2:13-cv-01008-SB (D.S.C. June 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>